**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | |
|---|---|
| In re<br>**JOHN TREMAGLIO**<br>　　　　Debtor | Case no.: 21-3400<br>Chapter 13 |
| **JOHN TREMAGLIO**<br>　　　　Movant,<br>　　　　　　　　-v-<br>ST. MARY'S HOSPITAL<br>WATERBURY ANESTHESIOLOGY ASSOC, INC.<br>FORD MOTOR CREDIT COMPANY<br>NAUGATUCK VALLEY RADIOLOGICAL<br>CAMPION AMBULANCE SERVICES<br>FAMILYCARE<br>BANK STREET DENTAL ASSOCIATES<br>ARNOLD PELLEGRINI, DDS<br>BRADLEY MEMORIAL HOSPITAL & HEALTH CENTER, INC<br>TOWER RIDGE COUNTRY CLUB<br>JACK A. GREENSPAN, DDS<br>CAVALRY SPV 1, LLC<br>　　　　Respondents | January 26, 2022 |

## NOTICE OF CONTESTED MATTER RESPONSE DATE

JOHN TREMAGLIO (the "Movant") has filed a Motion to Avoid Judicial Lien with the U.S. Bankruptcy Court. Notice is hereby given that any response to the Contested Matter must be filed with the Court no later than February 9, 2022[i]. In the absence of a timely filed response, the proposed order in the Contested Matter *may* enter without further notice and hearing, *see*, 11 U.S.C. section 102(1).

Dated: January 26, 2022         By:     JOHN TREMAGLIO DEBTOR / MOVANT

  /s/ Suzann L. Beckett
Suzann L. Beckett, LLC
543 Prospect Avenue
Hartford, CT  06105
(860) 236-1111
Federal Bar No. ct02186

---

[1]  Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | |
|---|---|
| In re<br>**JOHN TREMAGLIO**<br>          Debtor | Case no.: 21-3400<br>Chapter 13 |
| **JOHN TREMAGLIO**<br>          Movant,<br>                              -v-<br>**ST. MARY'S HOSPITAL**<br>**WATERBURY ANESTHESIOLOGY ASSOC, INC.**<br>**FORD MOTOR CREDIT COMPANY**<br>**NAUGATUCK VALLEY RADIOLOGICAL**<br>**CAMPION AMBULANCE SERVICES**<br>**FAMILYCARE**<br>**BANK STREET DENTAL ASSOCIATES**<br>**ARNOLD PELLEGRINI, DDS**<br>**BRADLEY MEMORIAL HOSPITAL & HEALTH CENTER, INC**<br>**TOWER RIDGE COUNTRY CLUB**<br>**JACK A. GREENSPAN, DDS**<br>**CAVALRY SPV 1, LLC**<br><br>          **Respondents** | January 26, 2022 |

**MOTION TO AVOID JUDICIAL LIENS**
**IMPAIRING HOMESTEAD EXEMPTION CLAIM IN**
**10 Currier Way Unit #34 Cheshire, CT 06410**

The above-named Debtors, JOHN TREMAGLIO, acting through his attorney, the undersigned Suzann L. Beckett, hereby motions this Court, pursuant to 11 U.S.C. Section 522(f) and Bankruptcy Rule 4003, for an Order avoiding the fixing of a certain Judicial Liens of record which impair the Debtors' claim of Homestead Exemption, in accordance with 11 U.S.C. Section 522(b)(2) and 11 U.S.C. Section 522(d)(1).

In support of said Motion, the Debtor hereby alleges the following:

1. The Debtor commenced this case on May 9, 2021, by filing the above-captioned Voluntary Petition for relief under Chapter 7 of Title 11, United States Code, which was assigned Docket CN 21-30400.

2. An asset of the Debtors' Bankruptcy Estate consists of Debtor's solely owned single-family residence known as and located at <u>10 Currier Way Unit #34 Cheshire, CT 06410</u>, (hereinafter "Property").

3. The Fair Market Value of the Property is <u>$205,000.00</u>, pursuant to the Market Appraisal, dated May 3,2021 which is attached hereto, made a part hereof, herein incorporated by reference and *attached hereto marked as **Exhibit A***.

4. This Motion is filed to avoid the fixing of certain Judicial Liens as more fully described below.

5. ***The Property is also encumbered by Statutory and/or Consensual Liens of record as of the Petition date which are not affected by this Motion***, **as follows**:

    a. Statutory Lien for Real Property Taxes in favor of the Town of Windsor based on Assessment List of October 1, 2021, not yet due and payable<u>;</u>

    b. Statutory 9-month super priority lien in favor of Currier Woods Association, LLC for unpaid Common Interest Ownership Property charges, assessments, interest and costs assessed in a State of Connecticut mortgage foreclosure judgment dated February 22, 2021 in a Civil Action bearing Doc.-No # NNH-CV17-6070070-S in the amount of $<u>4,036.50</u>; said lien arises pursuant to CGS, Section 47-258.

    c. A Mortgage in favor of Ford Consumer Finance Company, Inc., dated July 25, 1997, and recorded on July 28, 1997 at Volume 1225 Page 208 of the Cheshire Land Records, and subsequently assigned to Christiana Trust, a Division of Wilmington Savings Fund Society by virtue of an Assignment dated August 21, 2013 and recorded at Volume 2606 Page 256 with an approximate balance as of the petition date of <u>$334,661.07</u>; which mortgage was further assigned to Wilmington Savings Fund Society by Assignment dated December 2, 2016 recorded in Volume 2779 at Page 269; which mortgage was further assigned to Normandy Mortgage Acquisition Company, LLC by Assignment dated November 21, 2018 recorded in Volume 2878 at Page 198; which mortgage was further assigned to MTGLQ Investors, LP by Assignment dated November 23, 2018 recorded in Volume 2882 at Page 196; which mortgage was further assigned to US Bank Trust, National Association, as Trustee by Assignment dated March 16, 2020 recorded in Volume 2943 at Page 303; which mortgage was further assigned to US Bank Trust, as Trustee of the Tiki Series IV Trust by Assignment dated April 23, 2020 recorded in

      Volume 2959 at Page 63; which mortgage was further assigned to US Bank Trust National Association as Trustee of Dwelling Series IV Trust by Assignment dated September 10, 2021 recorded in Volume 3079 at Page 111; all of the Cheshire Land Records.

      d.  On or about March 7, 2006, the INTERNAL REVENUE SERVICE, claimed an interest in the property and filed a Federal Tax Lien in the amount of $10,699.95 in Volume 2036 at Page 89 of the Cheshire Land Records.

    e.  On or about August 10, 2009 the STATE OF CONNECTICUT, claimed an interest in the property and filed a Tax Lien in the amount of $3,822.38 in Volume 2301 at Page 1 of the Cheshire Land Records.

    f.  On or about July 13, 2011, the INTERNAL REVENUE SERVICE, claimed an interest in the property and filed a Federal Tax Lien in the amount of $14,550.53, as recorded in Volume 2435 at Page 15 of the Cheshire Land Records.

    g.  On or about September 12, 2011, the INTERNAL REVENUE SERVICE, claimed an interest in the property and filed a Federal Tax Lien in the amount of $9,334.25 in Volume 2445 at Page 186 of the Cheshire Land Records.

    h.  On or about May 24, 2013, the INTERNAL REVENUE SERVICE, claimed an interest in the property and filed a Federal Tax Lien in the amount of $21,763.09 in Volume 2587 at Page 200.

    i.  On or about January 14, 2014 the STATE OF CONNECTICUT, claimed an interest in the property and filed a Tax Lien in the amount of $17,114.40 in Volume 2627 at Page 158 of the Cheshire Land Records.

6. There exist no equity in the Property after subtracting the value of the Statutory and Consensual Liens not affected by this motion prior to the fixing of the Judicial Liens sought to be avoided herein.

7. The value of the Debtors' Homestead equity that could be claimed exempt which is impaired by the Judicial Liens sought to be avoided is $23,675.00; said amount equals that which could be claimed exempt by Debtors on Official Form Schedule C pursuant to U.S.C. Section 522(b)(2).

8. ***The liens sought to be avoided are:***

    a.  On or about October 28, 1997, ST. MARY'S HOSPITAL claimed an interest

in the property and filed a Judgement Lien in the amount of $304.05 plus court awarded fees and costs, as recorded in Volume 1240 at Page 63 of the Cheshire Land Records.

b. On or about October 28, 1997, WATERBURY ANESTHESIOLOGY ASSOC., Inc., claimed an interest in the property and filed a Judgement Lien in the amount of $2,010.00 plus court awarded fees and costs, as recorded in Volume 1240 at Page 64 of the Cheshire Land Records.

c. On or about June 10, 2001, FORD MOTOR CREDIT COMPANY, claimed an interest in the property and filed a Judgment Lien in the amount of $2,500.00 plus court awarded fees and costs, as recorded in Volume 1474 at Page 42 of the Cheshire Land Records.

d. On or about August 29, 2001, GENERAL ELECTRIC CAPITAL CORP, claimed an interest in the property and filed a Judgment Lien in the amount of $1,248.89 plus court awarded fees and costs, as recorded in Volume 1493 at Page 90 of the Cheshire Land Records.

e. On or about October 24, 2001, NAUGATUCK VALLEY RADIOLOGICAL, claimed an interest in the property and filed a Judgment Lien in the amount of $272.00 plus court awarded fees and costs, as recorded in Volume 1508 at Page 333 of the Cheshire Land Records.

f. On or about March 11, 2002, CAMPION AMBULANCE SERVICES, claimed an interest in the property and filed a Judgment Lien in the amount of $587.60 plus court awarded fees and costs, as recorded in Volume 1551 at Page 290 of the Cheshire Land Records.

g. On or about October 30, 2002, FAMILYCARE, claimed an interest in the property and filed a Judgment Lien in the amount of $238.26 plus court awarded fees and costs in Volume 1622 at Page 343 of the Cheshire Land Records.

h. On or about January 28, 2004, BANK STREET DENTAL ASSOCIATES, claimed an interest in the property and filed a Judgment Lien in the amount of $3,500.00 plus court awarded fees and costs, as recorded in Volume 1827 at Page 129 of the Cheshire Land Records.

i. On or about April 29, 2004, ARNOLD PELLEGRINI, DDS, claimed an interest in the property and filed a Judgment Lien in the amount of $1,068.47 plus court awarded fees and costs in Volume 1855 at Page 245 of the Cheshire Land Records.

j.  On or about February 25, 2005, BRADLEY MEMORIAL HOSPITAL & HEALTH CENTER, INC. claimed an interest in the property and filed a Judgment Lien in the amount of $1,007.96 plus court awarded costs and fees in Volume 1939 at Page 236 of the Cheshire Land Records.

k.  On or about November 19, 2007, TOWER RIDGE COUNTRY CLUB, claimed an interest in the property and filed a Judgment Lien in the amount of $5,726.29 plus court awarded costs and fees in Volume 2178 at Page 82 of the Cheshire Land Records.

l.  On or about November 17, 2008, JACK A. GREENSPAN, DDS, claimed an interest in the property and filed a Judgment Lien in the amount of $684.29 plus court awarded costs and fees in Volume 2245 at Page 281 of the Cheshire Land Records.

m.  On or about September 9, 2015 CAVALRY SPV 1, LLC claimed an interest in the property and field a JUDGMENT LIEN in the amount of $993.19 plus court awarded fees and costs, in Volume 2713 at Page 26 of the Cheshire Land Records.

n.  On or about February 28, 2017, CAVALRY SPV 1, LLC claimed an interest in the property and filed a JUDGMENT LIEN in the amount of $1,384.31, plus court awarded fees and costs, in Volume 2790 at Page 17.

9. The existence of the Judicial Liens identified in paragraph #8 impair the exemption to which the Debtor could claim pursuant to Section 522(d)(1) as set forth on Schedule C of the Official Bankruptcy Forms filed by the Debtor.

**WHEREFORE**, the Debtor respectfully requests an Order pursuant to 11 USC Section 522(f) and Bankruptcy Rules of Court, Rule 4003, against the creditors identified in paragraph #8 for the avoidance of the Judicial Liens filed against the Debtor's property and for such additional or alternative relief as may be just and proper.

        JOHN TREMAGLIO
        DEBTOR / MOVANT

    By:   /s/ Suzann L. Beckett
        Suzann L Beckett, Esq.
        543 Prospect Avenue
        Hartford, CT   06105
        (860) 236-1111
        Federal Bar No. ct02186
        suzannb@beckett-law.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| In re<br>JOHN TREMAGLIO<br>   Debtor | Case no.: 21-3400<br>Chapter 13 |
| JOHN TREMAGLIO<br>   Movant,<br>      -v-<br>ST. MARY'S HOSPITAL<br>WATERBURY ANESTHESIOLOGY ASSOC, INC.<br>FORD MOTOR CREDIT COMPANY<br>NAUGATUCK VALLEY RADIOLOGICAL<br>CAMPION AMBULANCE SERVICES<br>FAMILYCARE<br>BANK STREET DENTAL ASSOCIATES<br>ARNOLD PELLEGRINI, DDS<br>BRADLEY MEMORIAL HOSPITAL & HEALTH CENTER, INC<br>TOWER RIDGE COUNTRY CLUB<br>JACK A. GREENSPAN, DDS<br>CAVALRY SPV 1, LLC<br><br>   Respondents | January 26, 2022 |

~ PROPOSED~
ORDER PURSUANT TO 11 U.S.C. § 522(f)
<u>ON MOTION TO AVOID LIEN</u>

  In connection with the Debtor's Motion to Avoid Lien pursuant to Connecticut General Statutes 52-352t(b), (the "Motion", ECF No _____), and in compliance with the Court's Contested Matter Procedure and there being no objection thereto, and it having been represented in the Motion that:

1. On the date of the commencement of this case, May 9, 2021, the fair market value of the Debtor's residence and real property known as and located at 10 Currier Way, Unit #34 (the "Property"), was $205,000.00.

2. The Debtor is entitled to and "could claim" an exemption with respect to the Property under 11 U.S.C. Section 522(b)(2) and (d)(1) in the amount of $23,675.00;

and

3. All encumbrances filed against the Property as of the petition date are as set forth in the Motion; it is hereby:

**ORDERED**: The instant Motion is hereby granted insofar as the fixing of the following Judicial Liens filed against the Debtor's interest in the Property Claimed as Exempt in accordance with 11 U.S.C., Section 522(b)(2) and (d)(1) are avoided pursuant to the provisions of 11 U.S.C., Section 522(f), as follows:

A. First encumbrance
    i. Name of encumbrance holder:    St. Mary's Hospital
    ii. Type of encumbrance:    Certificate of Lien
    iii. Recording information:
        a. Volume    1240
        b. Page    63
        c. City/Town    Cheshire
    iv. Amount of encumbrance:    $304.04, plus interest and costs, as of the recording date.

B. Second encumbrance
    i. Name of encumbrance holder:    Waterbury Anesthesiology Assoc.
    ii. Type of encumbrance:    Certificate of Lien
    iii. Recording information:
        d. Volume    1240
        e. Page    64
        f. City/Town    Cheshire
    iv. Amount of encumbrance:    $2,010.00, plus interest and costs, as of the recording date

C. Third encumbrance
    i. Name of encumbrance holder:    Ford Motor Credit
    ii. Type of encumbrance:    Judgment Lien
    iii. Recording information:
        g. Volume    1474
        h. Page    42
        i. City/Town    Cheshire
    iv. Amount of encumbrance:    $2,500.00, plus interest and costs, as of the recording date.

D. Fourth encumbrance
    i. Name of encumbrance holder:    General Electric Capital Corp.
    ii. Type of encumbrance:    Judgment Lien
    iii. Recording information:
        j. Volume    1493
        k. Page    190
        l. City/Town    Cheshire
    iv. Amount of encumbrance:    $1,248.89

E. Fifth encumbrance
    i. Name of encumbrance holder:    Naugatuck Valley Radiological
    ii. Type of encumbrance:    Judgment Lien
    iii. Recording information:
        m. Volume    1508

        n. Page                                          333
        o. City/Town                         Cheshire
  iv. Amount of encumbrance:         $272.00, plus interest and costs, as of the recording date

F. Sixth encumbrance
    i. Name of encumbrance holder:    Campion Ambulance Services
   ii. Type of encumbrance:            Judgment Lien
  iii. Recording information:
        p. Volume                                  1551
        q. Page                                    290
        r. City/Town                         Cheshire
  iv. Amount of encumbrance:         $587.60, plus interest and costs, as of the recording date

G. Seventh encumbrance
    i. Name of encumbrance holder:    FamilyCare
   ii. Type of encumbrance:            Judgment Lien
  iii. Recording information:
        s. Volume                                  1622
        t. Page                                    343
        u. City/Town                         Cheshire
  iv. Amount of encumbrance:         $238.26, plus  interest and costs, as of the recording date

H. Eight encumbrance
    i. Name of encumbrance holder:    Bank Street Dental Services
   ii. Type of encumbrance:            Judgment Lien
  iii. Recording information:
        v. Volume                                 1827
        w. Page                                   129
        x. City/Town                         Cheshire
  iv. Amount of encumbrance:         $3,500.00, plus interest and costs, as of the recording date

I. Ninth encumbrance
    i. Name of encumbrance holder:    Arnold Pellegrini
   ii. Type of encumbrance:            Judgment Lien
  iii. Recording information:
        y. Volume                                 1855
        z. Page                                    245
      aa. City/Town                        Cheshire
  iv. Amount of encumbrance:         $1,068.47, plus interest and costs, as of the recording date

J. Tenth encumbrance
    i. Name of encumbrance holder:    Bradley Memorial Hospital
    ii. Type of encumbrance:    Judgment Lien
    iii. Recording information:
        bb. Volume    1939
        cc. Page    236
        dd. City/Town    Cheshire
    iv. Amount of encumbrance:    $1,007.96, plus interest and costs, as of recording date

K. Eleventh encumbrance
    i. Name of encumbrance holder:    Tower Ridge Country Club
    ii. Type of encumbrance:    Judgment Lien
    iii. Recording information:
        ee. Volume    2178
        ff. Page    82
        gg. City/Town    Cheshire
    iv. Amount of encumbrance:    $5,726.29, plus interest and costs, as of recording date

L. Twelfth encumbrance
    i. Name of encumbrance holder:    Jack A. Greenspan, DDS
    ii. Type of encumbrance:    Judgment Lien
    iii. Recording information:
        hh. Volume    2245
        ii. Page    281
        jj. City/Town    Cheshire
    iv. Amount of encumbrance:    $684.29, plus interest and costs, as of recording date

M. Thirteenth encumbrance
    i. Name of encumbrance holder:    Calvary SPV 1, LLC
    ii. Type of encumbrance:    Judgment Lien
    iii. Recording information:
        kk. Volume    2713
        ll. Page    26
        mm. City/Town    Cheshire
    iv. Amount of encumbrance:    $993.19 plus interest and costs, as of recording date

N. Fourteenth encumbrance
    i. Name of encumbrance holder:    Calvary SPV 1, LLC
    ii. Type of encumbrance:    Judgment Lien
    iii. Recording information:

      nn. Volume                                 2790  
      oo. Page                                    17  
      pp. City/Town                        Cheshire  
iv.  Amount of encumbrance:        $1,384.31

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | |
|---|---|
| In re<br>JOHN TREMAGLIO<br>        Debtor | Case no.: 21-3400<br>Chapter 13 |
| JOHN TREMAGLIO<br>        Movant,<br>                -v-<br>ST. MARY'S HOSPITAL<br>WATERBURY ANESTHESIOLOGY ASSOC, INC.<br>FORD MOTOR CREDIT COMPANY<br>NAUGATUCK VALLEY RADIOLOGICAL<br>CAMPION AMBULANCE SERVICES<br>FAMILYCARE<br>BANK STREET DENTAL ASSOCIATES<br>ARNOLD PELLEGRINI, DDS<br>BRADLEY MEMORIAL HOSPITAL & HEALTH CENTER, INC<br>TOWER RIDGE COUNTRY CLUB<br>JACK A. GREENSPAN, DDS<br>CAVALRY SPV 1, LLC<br><br>        Respondents | January 26, 2022 |

**CERTIFICATE OF SERVICE**

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the date hereof, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system or, by first class or certified mail on the parties listed in section 2 and 3 below.

1. **Documents Served:**
    a. Motion to Avoid Liens
    b. Proposed Order
    c. Notice of Contested Matter
    d. Certificate of Service

     e. Appraisal

2. **Parties Served by First Class Mail**

John Tremaglio, 10 Currier Way, Cheshire, CT  06410
Arnold Pelligrini, 535 Highland Avenue, Cheshire, CT  06410
Bank Street Dental Associates, Attn:  President,  c/o Phil Monagahn, 611 Holmes Avenue, Waterbury, CT  06722
Bradley Memorial Hospital & Health Center, Attn:  President, 81 Meriden Avenue, Southington, CT  06489
Campion Ambulance Services, Attn:  President, 15 W Dover St, Waterbury, CT  06706
Cavalry SPV 1, LLC, Attn: President, Suite 400, 500 Summit Lake Drive, Valhalla, NY  10595
Family Care, Attn:  President, 59 Middlebury Road, Middlebury, CT 06762
Ford Motor Credit, Attn:  President, Dept. 194101, P.O. Box 55000, Detroit MI 48255-1941
General Electric Capital Corp, Attn:  President, c/o Howard Lee Schiff, 510 Tolland Street, East Harford, CT  06128
General Electric Capital Corp, Attn:  President, 901 Main Street, Norwalk, CT  06851
Jack A. Greenspan, DDS, c/o Tolisano & Danforth, 2 Congress Street, Hartford, CT  06114
Jack A. Greenspan, DDS, Attn:  President, 1538 S Main St, Cheshire, CT 06410
Naugatuck Valley Radiological Associates, Attn:  President, 166 Waterbury Rd Ste 105, Prospect, CT  06712
St Mary's Hospital, ATTN: President, 56 Franklin Street, Waterbury, CT
Tower Ridge Country Club, Attn:  President,  40 Nod Road, Simsbury, CT  06070
Waterbury Anesthesiology Assoc, Inc., Attn:  President, 140 Grandview Avenue, Waterbury, CT  06708

3. **Parties Served by Certified Mail**
     a. None

4. **Parties served by CM/ECF**

- U. S. Trustee     USTPRegion02.NH.ECF@USDOJ.GOV
- Jonathan R. Chappell     jrc@ctcondolaw.com
- Roberta Napolitano, Trustee     notices@ch13rn.com
- Robert E. Johnson, Jr.     rjohnson@mlg-defaultlaw.com
- Maria Santos     maria.santos@ct.gov
- Orion     claims@recoverycorp.com
- Currier Woods Assoc.     ldickens@fpglawct.com
- Currier Woods Tax Dist.     ldickens@fpglawct.com

Dated: January 26, 2022

                                              By:        JOHN TREMAGLIO  
                                                         DEBTOR / MOVANT

                                                         /s/ Suzann L. Beckett  
                                                        Suzann L. Beckett (CT02186)  
                                                        543 Prospect Avenue  
                                                        Hartford, CT  06105  
                                                        T: (860) 236-1111  
                                                        F: (860) 236-0050  
                                                        SuzannB@beckett-law.com