UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| In re<br>JOHN TREMAGLIO,<br>   Debtor | : <br> : <br> : <br> : | Case No.:   21-30400<br><br>Chapter 13 |
|---|---|---|
| JOHN TREMAGLIO,<br>   Movant,<br><br>-v-<br>CURRIER WOODS ASSOCIATION, LLC<br>   Respondent<br><br>ROBERTA NAPOLITANO, TRUSTEE<br>   Trustee | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | March 10, 2022 |

### *Stipulation to Resolve Contested Matter Regarding POC #6-1*

The undersigned Parties hereby submit this Stipulation to this Honorable Court to resolve the Debtor's Objection to Proof of Claim #6-1 filed on December 23, 2021 designated as ECF#58. This Stipulation is also referenced in another Stipulation filed by the same Parties which resolved the Debtor's pending Motion to Determine Status of Secured Claims filed at ECF #101.

Accordingly, the Parties hereto stipulate and agree as follows:

1. The POC of Currier Woods Association, LLC ( hereinafter "HOA") shall be amended by the terms of the stipulation the Objection filed against the Debtor's Motion to Determine Secured Status of Claims at ECF#101;
2. The total claim of the HOA is $68,624.71 is undisputed.
3. The super priority amount of said claim shall be comprised of the following component amounts: (a). Statutory 9-month super priority lien for unpaid assessments in the amount of $4036.50 ; (b). Court Awarded Foreclosure Committe Fees paid $6,991.82, (c). Bill of Costs per Court Award $3,694.74; (d). Atty. Fees per agreement of the parties for $12,000.00 all totaling $26,723.06 and shall be deemed secured for purposes of the Debtor's Chapter 13 Plan.

4. The remaining unsecured amount of the total claim for $41,901.65 shall be allowed as a general unsecured claim for purposes of the Debtor's Chapter 13 Plan.

Stipulated and Agreed to this _____ day of March 2022 by the undersigned legal counsel for the parties to this Agreement.

For the Debtor

By: Suzann L. Beckett, Esq

For the HOA Currier Woods Association, LLC

By: Jonathan R. Chappell of
Feldman, Perlstein & Greene, LLC